UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| 307 Assets LLC | Case no. 23-10027 (JLG) |
| Debtor. | |

---------------------------------------------------------------x

## NOTICE OF CALL-IN INFORMATION FOR CREDITORS' MEETING

The United States Trustee has scheduled a creditors' meeting under 11 U.S.C. § 341, to take place on **February 6, 2023 at 2:00 pm**. Parties should use the following information to call in:

| Call-in number | Participant |
|---|---|
| 877-461-9449 | 3753962 |

Dated: New York, New York
         February 6, 2023

                        WILLIAM K. HARRINGTON
                        UNITED STATES TRUSTEE
                        Region 2

By:   */s/ Greg M. Zipes*
       Greg M. Zipes
       Trial Attorneys
       Office of the United States Trustee
       U.S. Federal Office Building
       201 Varick Street, Room 1006
       New York, NY 10014
       Tel. (212) 510-0500