**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 23-10027 |
| 307 Assets LLC | Chapter 11 |
| Debtor(s) | |

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 8/22/2023, I did cause a copy of the following document(s), described below:

Notice of Entry of Confirmation Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the Southern District of New York Bankruptcy Court's official court matrix on 8/22/2023.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/22/2023

/s/ Mark Frankel
Mark Frankel
Bar No. 8417
Backenroth Frankel & Krinsky, LLP
488 Madison Avenue
New York NY 10022-0000
(212)593-1100
mfrankel@bfklaw.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 23-10027 |
| 307 Assets LLC | Chapter 11 |
| Debtor(s) | |

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

On 8/22/2023, I did cause a copy of the following document(s), described below:

Notice of Entry of Confirmation Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/22/2023

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 8/22/2023, I caused a copy of the Notice of Entry of Confirmation Order to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| 307 Assets LLC | | | 307 6th Ave. | | New York NY 10014-4403 |
| Internal Revenue Service | | | PO Box 7346 | | Philadelphia PA 19101-7346 |
| Sei Insieme LLC | | Sei Insieme LLC | c/o Bronson Law Offices, PC | 480 Mamaroneck Avenue | Harrison NY 10528-1621 |
| United States Trustee | | Office of the United States Trustee - NY | Alexander Hamilton Custom House | One Bowling Green, Room 534 | New York NY 10004-1459 |
| Manhattan Division | | | One Bowling Green | | New York NY 10004-1415 |
| 307-309 Sixth Avenue LLC | | | 150 Broadway, Suite 900 | | New York NY 10038-4348 |
| Backenroth Frankel & Krinsky | | | 800 Third Avenue | 11th Floor | New York NY 10022-7651 |
| CIN CIN LLC | | | 80 Washington Place | | New York NY 10011-9116 |
| City of New York | | | NYC Law Department | 100 Church St | New York NY 10007-2668 |
| GDK Accounting Inc. | | | 1 Dutch St., Unit 10A | | New York NY 10038-0184 |
| Gavask Inc. | | | 2170 East 65 St. | | Brooklyn NY 11234-6318 |
| H. Bruce Bronson | | | 480 Marmaroneck Ave. | | Harrison NY 10528-1621 |
| Internal Revenue Service | | | c/o US Attorney Claims Unit | One Saint Andrews Plaza Rm 417 | New York NY 10007-1701 |
| NYC Department of Finance | | | 66 John Street | | New York NY 10038-3728 |
| NYC Dept Finance | | | POB 680 | | Newark NJ 07101-0680 |
| NYC Dept. of Environmental Protection | | | 59-17 Junction Blvd | 13th Floor | Elmhurst NY 11373-5108 |
| NYC Water Board | | Andrew Rettig | Assistant Counsel | 59-17 Junction Blvd, 13th Floor | Elmhurst NY 11373-5188 |
| NYS Dept of Tax & Finance | | | Bankruptcy Unit | PO Box 5300 | Albany NY 12205-0300 |
| New York City Dept. Of Finance | | | Taxpayer Identification Unit | 25 Elm Place, 3rd Floor | Brooklyn NY 11201-5826 |
| New York State Tax Commission | | | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany NY 12205-0300 |
| Office of The United States Trustee | | U.S. Federal Office Building | 201 Varick Street | Suite 1006 | New York NY 10014-4811 |
| Piermont Management LLC | | | 10 West Street Apt. 16G | | New York NY 10004-1078 |
| Sei Insieme LLC | | | 80 Washington Pl | | New York NY 10011-9116 |
| Sei Insieme LLC | | | C/o Bronson Law Offices, PC | 480 Mamaroneck Avenue | Harrison NY 10528-1621 |
| State of New York | | | Attorney General's Office | 120 Broadway | New York NY 10271-0002 |
| United States of America | | | c/o U.S. Attorney | 86 Chambers Street | New York NY 10007-1825 |
| Westchester Surplus Lines Insurance Company | | | c/o Chubb | 436 Walnut Street - WA04K | Philadelphia PA 19106-3703 |
| c/o Jacobowitz Newman Tversky LLP | | | 377 Pearsall Ave, Suite C, | | Cedarhurst NY 11516-1841 |
| Mark A. Frankel | | | Backenroth Frankel & Krinsky, LLP | 488 Madison Ave., 23rd Floor | New York NY 10022-5703 |